IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09cv95-RLV-DCK

| | |
|---|---|
| ADAM AND LAURA ECKSTEIN, )<br>Individually and on Behalf of All )<br>Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S HOME CENTERS, INC., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Michael L. Robinson's Application for Admission to Practice *Pro Hac Vice* of Elizabeth C. Scott. It appearing that Elizabeth C. Scott is a member in good standing with the Illinois Bar and will be appearing with Michael L. Robinson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Michael L. Robinson's Application for Admission to Practice *Pro Hac Vice* (#39) of Elizabeth C. Scott is **GRANTED**, and that Elizabeth C. Scott is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Michael L. Robinson.

Signed: August 21, 2009

_____
David C. Keesler
United States Magistrate Judge