IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:09-CV-00095-RLV-DCK

| | |
|---|---|
| ADAM AND LAURA ECKSTEIN, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LOWE'S HOME CENTERS, INC., | ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the court on Norris A. Adams, II's "Application for Admission to Practice *Pro Hac Vice*" of Stuart A. Davidson (Document #49). It appearing that Stuart A. Davidson is a member in good standing with the Florida Bar and will be appearing with Norris A. Adams, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Norris A. Adams, II's "Application for Admission to Practice *Pro Hac Vice"* (Document #49) of Stuart A. Davidson is **GRANTED**, and that Stuart A. Davidson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Norris A. Adams, II.

Signed: August 25, 2009

David C. Keesler
United States Magistrate Judge