IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:09cv95-RLV-DCK

| | |
|---|---|
| ADAM AND LAURA ECKSTEIN, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S COMPANIES, INC., and )<br>LOWE'S HOME CENTERS, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Norris A. Adams, II's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 72) regarding Barbara Quinn Smith. It appearing that Barbara Quinn Smith is a member in good standing of the Ohio Bar and will be appearing with Norris A. Adams, II, a member in good standing of the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that Norris A. Adams, II's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 72) regarding Barbara Quinn Smith is **GRANTED**, and that Barbara Quinn Smith is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Norris A. Adams, II.

Signed: December 1, 2010

David C. Keesler
United States Magistrate Judge